# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMANDA GESSNER,               )
                              )
            Plaintiff,        )
     v.                       )     C.A. No. 13-22 Erie
                              )
LT. NIXON, et al,             )
                              )
            Defendants.       )

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on January 22, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on September 18, 2013, recommended that Plaintiff's motion for preliminary injunction and/or temporary restraining order [Doc. No. 27] be denied for lack of personal jurisdiction over the persons that Plaintiff seeks to enjoin.

The parties were allowed ten (10) days from the date of service to file Objections. Service was made on Plaintiff by mail at SCI Muncy, where she is incarcerated, and on Defendants. No objections were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 11th day of October, 2013, **IT IS HEREBY ORDERED** that that Plaintiff's Motion for Preliminary Injunction and/or Temporary Restraining Order [Doc. No. 27] is **DENIED** for lack of personal jurisdiction over the persons that Plaintiff seeks to enjoin.

The Report and Recommendation of Magistrate Judge Baxter, dated September 18, 2013, is adopted as the Opinion of this Court.

s/ Arthur J. Schwab  
Arthur J. Schwab  
United States District Judge

cc: All Registered ECF Counsel and Parties  
     Susan Paradise Baxter  
     U.S. Magistrate Judge